## El Pueblo *v.* Ayala.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 85.—Resuelto en junio 22, 1907.

Denuncia—Lugar en que se Cometiera el Delito.—Si el lugar en que se come-
tiera el delito no se especifica en la denuncia, pero puede deducirse que fué en
sitio comprendido dentro de la jurisdicción de la corte, á falta de objeción
oportunamente interpuesta por este motivo, hay que estimar que dicha denun-
cia es suficiente.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. Wolf emitió la opinión del tribunal.

En la corte municipal de Mayagüez se interpuso una de-
nuncia contra Antonio Ayala por un delito contra la ley elec-
toral. El fué procesado allí y condenado, y en apelación fué
otra vez condenado, esta vez, á pagar la multa de cincuenta
pesos ó á sufrir un mes de prisión y las costas. En la apela-
ción á esta Corte no ha comparecido ningún abogado defensor
y no se ha entregado ningún alegato. Los hechos del juicio no
vienen á nosotros certificados de un modo auténtico. Se nos
ha llamado la atención al hecho que la denuncia no expresa
claramente el lugar en que se cometió el delito. Sin embargo,
se ha demostrado que el acusado era vecino del barrio de
Hoconuco, en el precinto de Mayagüez, y aunque ésta es una
alegación vaga, á falta de impugnación alguna, puede presu-
mirse que el delito fué cometido en dicho barrio y en el dis-
trito municipal de Mayagüez. Si hubiese alguna duda sobre
esto, no habiendo presentado ninguna objeción en las cortes
inferiores, el caso tendría que resolverse de acuerdo con la
opinión y sentencia de esta corte, pronunciada en el caso de
*El Pueblo de Puerto Rico* v. *Leoncio Bonilla,* que se resolvió

el día diez y ocho de junio de 1907. No apareciendo error alguno, debe confirmarse la sentencia de la corte de distrito.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y MacLeary.